The People of the State of New York ex rel. Lucien L. Bonheur, Peti-
tioner, v. Philip J. Christ and Others, Individually and as Members of the
Board of Supervisors of Nassau County, and Another, Respondents.
Morris F. Craft, etc., Appellant; Lott Vande Water, Jr., and Another,
Intervenors, Appellants.— Motion for a stay granted on condition that
the appellants place the appeal on the calendar of the Court of Appeals
for the ensuing week and be ready for argument when reached, without
costs.    Present — Jenks, P. J., Burr, Thomas and Carr, JJ.

Jacob Goodman, Appellant, v. Welz & Zerweck, Respondent.— We affirm
herewith the order directing a new trial in the case of the wife (*Goodman*
v. *Welz & Zerweck, post*, p. 919). As that case and this one were tried
together, and the jury in this verdict has awarded nothing to the husband
for the loss of his wife's services, we think justice requires that the entire
controversy should be retried. The order herein is, therefore, reversed
and a new trial granted, costs to abide the event. Jenks, P. J., Hirsch-
berg, Thomas, Carr and Rich, JJ., concurred.

Betty Goodman, Respondent, v. Welz & Zerweck, Appellant.— Order
setting aside verdict and granting new trial affirmed, with costs. No
opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Adelaide W. Charles, as Sole Executrix, etc., Substituted in Place and
Stead of Archibald Charles, Deceased, Appellant, v. George B. Leonard,
Respondent.— Motion for reargument denied, with ten dollars costs.
Present — Jenks, P. J., Thomas Carr, Woodward and Rich, JJ.

In the Matter of the Application and Petition of John A. Bensel and
Others, Constituting the Board of Water Supply of the City of New York,
to Acquire Real Estate for and on Behalf of the City of New York, etc.,
in the Towns of Mount Pleasant and Greenburgh, Westchester County,
New York, for the Purpose of Providing an Additional Supply of Pure
and Wholesome Water for the Use of the City of New York, Appellant.
James McCullough and Others, Respondents (Southern Aqueduct Depart-
ment, Sections Nos. 15 and 17).— Order affirmed, with ten dollars costs
and disbursements. No opinion. Hirschberg, Woodward and Rich, JJ.,
concurred; Jenks, P. J., and Burr, J., dissented, upon the ground of error
in overruling the objection to the question appearing at folios 1429-1437 of
the record, and upon the further ground that in estimating the conse-
quential damages the commissioners have treated the entire tract as if
used for residential purposes, whereas the evidence discloses that the
greater portion thereof is not thus used.

In the Matter of the Application of Chevra B'Nai Maier Zwei
of Brooklyn, Respondent, to Be Permitted to Assign a Contract for
the Purchase of Certain Cemetery Lands. Congregation Chevra Acheim
Bnei Israel Anshu Radishkowitz, Appellant.— Order reversed, without
costs, and proceedings remitted to the Special Term to ascertain by the aid
of a reference whether the facts are correctly stated in the petition upon